UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KATRINA ANN PERYEA,

                    Plaintiff,

v.

                    5:13-CV-0173
                    (GTS/TWD)

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____

APPEARANCES:                                                OF COUNSEL:

OLINSKY LAW GROUP                              HOWARD D. OLINSKY, ESQ.
   Counsel for Plaintiff
One Park Place
300 South State Street, Suite 420
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION      AMANDA J. LOCKSHIN, ESQ.
OFFICE OF REG'L GEN. COUNSEL – REGION II
   Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Currently before the Court, in this action filed by Katrina Ann Peryea ("Plaintiff") against the Social Security Commissioner ("Defendant" or "Commissioner") pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"), is the Report-Recommendation of United States Magistrate Judge Therese Wiley Dancks, issued pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3 of the Local Rules of Practice for this Court, recommending that the Court affirm the final decision of the Commissioner denying Plaintiff's request for DIB and SSI. (Dkt. No. 19.)

Plaintiff has not filed an Objection to the Report-Recommendation, and the deadline by which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing the relevant filings in this action, the Court can find no clear error in the Report-Recommendation: Magistrate Judge Dancks employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. (Dkt. No. 28.) As a result, the Report-Recommendation is accepted and adopted in its entirety, and the decision of the Commissioner is affirmed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 19) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that the Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: August 20, 2014
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge